Name: Richard D. Langseth
Address: 195 N. Malena Dr.
Orange CA 92869
Phone: 714 328 8047
Fax: _____
(In Pro Per)

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Richard D. Langseth
             Plaintiff
        v.
City of Orange, CA/
Orange Police Dept.
             Defendant(s).

CASE NUMBER:
8:22-cv-01620-DMG-(RAO)

To be supplied by the Clerk of
The United States District Court

Case # 22-08-0261 started some time around March 9, of 2021 with the City of Orange issuing me a cititation for my Dead Vegetation (due to drought) and Intermittant Equipment/tools and Construction Materials (Fixing yard and House) Exposed to Public View. Inspector said I could not fence in my front yard so I told him I'm disabled and my kids are too busy to help and on my fixed income I have to do it myself. I then got a non compliance summons to see a Judge regarding my progress.

1/3

Continued From CV-126

Upon waiting in the Courtroom to plead my case, City Attorney Kirsten Shea asked to speak to me in the Hallway. After I told her the situation (she) Asked if WE could get a 90 day extension. I told her my progress WILL NOT meet City expectations. After about 80 days I got a new notice to appear, so I did! Once again Ms Shea takes me into the Hallway and asked me for another 90 day extension. I agreed with the stipulation that "During this 90 day extension you and the Senior City Inspector come to my House with a copy of the State AND U.S. Constitutions to Discuss what I'm allowed to do with my yard!" SHE AGREED! We Shook hands on it then went into the Courtroom to grant HER extension. They NEVER SHOWED UP!

Much to my surprise, Judge De La Cruz was Presiding, A judge that ALLOWED 5 counts of PROVEN PERJURY in my Recent Divorce Case and has threatened to SELL the House me and my Kids live in. A House that my EX WIFE signed to release Her Interest in the Home when we bought it. Her lawyer manipulated Facts AND Inputs into the Dissomaster and said "She has had more Houses sold than a Realtor" As A Threat! HER DISHONESTY GIVES ALL LAWYERS A BAD NAME!
NOT TO MENSION THE COURT SYSTEM ITSELF!

CV-126 (09/09)      PLEADING PAGE FOR A COMPLAINT            2/3

Continued FORM CV 126

1. After another 80 days passes I do NOT receive
2. ANY court papers, so I deemed my Progress
3. acceptable according to the Constitutions mensioned.
4. 1 week after the Court date I get a
5. 
6. Warrant letter in the Mail. When I confronted
7. Her on it, by Email, Breach of Verbal Contract
8. occurred, SHE Ignored Me and tried to
9. Set another Court date, I refused. 6/19/22 via EMAIL
10.    A $500.00 Bench Warrant was Issued and
11. Finally executed on 8/8/22 @ 11:50am AFTER
12. Casing my House for almost 4 HOURS (where they
13. 
14. should have served IT) I was Releaved that I
15. Finally get to speak to A/THE Judge to
16. EXPOSE the Constitutional Injustices occurring.
17. NO SUCH LUCK!
18.    I was Kidnapped by 5 OPD officers! MY Durango
19. Stolen from me from Hanshaws Liquor! I was NEVER
20. Pulled over! I could NOT Record Them. NO Body
21. Cam footage I requested on 8/9! 8/15 I picked
22. 
23. up an Incomplete, NON Detailed account of Their
24. Arrest! (report) Even the Rookie Cop questioned
25. the Arrest being Code Violations! They then took
26. me to OCJ (still cuffed and in Pain due to disabilities)
27. NEVER SAW A JUDGE for MY
28.   BENCH WARRANT! Details on Pgs 1+2
                                                         Cause of Action

# ① Cause of Action

1. 207 PC Kidnapping) (Never saw a Judge or Warrant)
2. 487 D1 GTA) Searched & Taken from Private Property!
3. 118.1 Misconduct) They did NOT listen to my words!
4. 148.6 Brutality) I am Disabled kept in cuffs for 2+ hours!
5. 236 P.C. False Imp.) Bench Warrant (NEVER saw a Judge!)
6. 1523-1542 PC) Illegal Seisure of my Vehicle from Private Prop.!
7. 392 PC) Excessive force Definately used (No Signed Warrant)
8. 240 PC ASSAULT See def.
9. 242 PC Battery See def.
10. 646.9 PC (5) officers stalked my House for 3½+ hours (video)
11. 136.1 PC Int. (3) officers hide out/grab me coming out of Store.
12. Then officers (5) returned to my home and Harrassed my
13. Girlfriend then ticketed 2 vehicles on Street Sweeping Day
14. No other Neighbors were ticketed for Same thing (See Pics)
15. Malicious Prosecution / Erroneous Conviction
16. NO MIRANDA RIGHTS GIVEN! No Signed Arrest
17. Warrant shown! NO JUDGE SEEN! (on A Bench Warrant!)
18. 
19. CIVIL RIGHTS ABUSES on Pg ②/2

Pg ①/2

# CIVIL RIGHTS VIOLATIONS

## # of Amendment Violated

Pg ②

1. 3 officers grabbed me & would NOT let me record (phone)
2. Removed my knife AND car keys from my keychain. It was NOT in my posessions when released after midnight!
3. 
4. Illegal Search of Me and My Vehicle (They Also Stole Vehicle)
5. Deprived of Life, Liberty AND Property (02 Durango)
6. Deprived of My right to Confront AND Speedy Trial (City Attorney)
7. NO JURY TRIAL / NO JUDGE SEEN
8. Excessive Fines AND Cruel & Unusual Punishment!
9. Took My Right to protect My Property w/ Bodily Harm!
10. I warned them of My rights AND Violations (I Broke NO LAWS)
11. Body Cam Footage has NOT YET Been released to Me.
12. Police REPEATEDLY Lied to me regarding seeing a SIGNED ARREST WARRANT! Never Saw It or a Judge
13. 
14. Codes ARE NOT LAWS! They Kidnapped Me AND Stole My Vehicle from Private Property AFTER They followed Me from My House Where the warrant SHOULD have been executed

Pg ②/2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Richard Douglas Langseth | 714 328-8047 | |
| ATTORNEY FOR (Name): | | |

| NAME OF COURT: | UNITED STATES DISTRICT COURT |
|---|---|
| STREET ADDRESS: | CENTRAL DISTRICT of CALIFORNIA |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |

PLAINTIFF: RICHARD DOUGLAS LANGSETH

DEFENDANT: CITY OF ORANGE, CA et al

CASE NUMBER:

**APPLICATION AND NOTICE OF HEARING FOR ORDER**
☐ to Set Aside Right to Attach Order, Quash Writ of Attachment, and Release Attached Property
☐ to Release Attached Property Exceeding in Value the Amount to be Secured
☐ to Substitute Defendant's Undertaking for Property
☐ to Increase Plaintiff's Undertaking
☐ to Determine Sufficiency of Plaintiff's Sureties
☐ to Reduce Amount to be Secured by the Attachment
**EX PARTE APPLICATION FOR ORDER**
☒ to Discharge Attachment and Release Property Levied Upon
☐ to Release Property Levied Upon Due to Filing of Undertaking on Appeal

1. ☐ To plaintiff (name):
   You are notified that a hearing on defendant's application in item 2 will be held in this court as follows:

   | date: | time: | courtroom: |
   |---|---|---|

2. ☐ Resident   ☐ Nonresident   defendant
   (name):
   makes application for an order
   a. ☒ (1) to set aside the Right to Attach Order issued on
           (date):
      (2) to quash the Writ of Attachment issued on
           (date):
      ((3)) to release the attached property of the defendant described in the writ.
   b. ☐ to substitute an undertaking in the amount of
      $                    in lieu of
      (1) ☐ all of defendant's property which has been attached or is subject to attachment.
      (2) ☒ the following portion of defendant's property which has been attached or is subject to attachment:
           (a) value: $ 5,000
           (b) description: 2001 Dodge Durango

   c. ☐ for release of the following attached property to the extent that the value of defendant's interest in the property clearly exceeds the amount necessary to satisfy the amount to be secured by the attachment:
      (1) value: $
      (2) description:

---

AT-170 [Rev. July 1, 1983]

**APPLICATION TO SET ASIDE RIGHT TO ATTACH ORDER
AND RELEASE ATTACHED PROPERTY, ETC. (Attachment)**

CCP 482.030
Page one

| SHORT TITLE | CASE NUMBER |
|---|---|
|  |  |

2.  d. ☐ to reduce the amount to be secured by the attachment in the amount of
    $
    *(specify grounds)*:

    e. ☒ to increase the amount of plaintiff's undertaking on the following grounds (CCP 489.220) *(specify)*:
    **9 of 10 Bill of Rights Violations + #14 Due Process SEE: Page ②**

    f. ☒ to determine the sufficiency of sureties on the following grounds *(specify)*:
    **Civil Rights Violations    SEE: Page ②**

    g. ☐ to discharge the attachment and release property levied upon on the grounds that defendant recovered judgment in the action. Plaintiff has not filed and served a timely motion to vacate the judgment or for judgment notwithstanding the verdict or for a new trial; nor has plaintiff perfected an appeal; nor has plaintiff filed the undertaking required by CCP 921.

    h. ☒ to release defendant's property levied upon owing to the stay of enforcement of plaintiff's judgment upon defendant's filing of an undertaking on appeal.

3.  Defendant's title to the property identified in item
    ☐ 2b(1)    ☒ 2b(2)    and the manner of its acquisition is set forth in the
    ☐ attached affidavit    ☒ following facts:
    **I am the only legal owner of said vehicle per CA DMV Reg. Fees are paid License to Drive is Current.**

4.  No defendant other than the applicant has an interest in the property described in item
    ☐ 2b(1)    ☒ 2b(2)

5.  Nonresident defendant's application is made on the grounds of a general appearance and defendant states
    a. ☐ the Right to Attach Order was issued pursuant to CCP 492.010.
    b. ☐ the general appearance was filed in this action on
        *(date)*
    c. ☐ this application is the first appearance of the defendant.

6.  Defendant's application is supported by the
    a. ☒ attached affidavit. **Pg ②**         c. ☐ attached points and authorities.
    b. ☐ following facts *(specify)*:           d. ☐ following points and authorities *(specify)*:

Date:

_____            ▶ _____
(TYPE OR PRINT NAME OF DEFENDANT)                       (SIGNATURE OF DEFENDANT)

By _____
   (NAME AND TITLE)

**DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct.

Date:

**Richard D. Langseth**                  ▶ *Richard D. Langseth*
(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

7. Total number of pages attached:

---

**APPLICATION TO SET ASIDE RIGHT TO ATTACH ORDER
AND RELEASE ATTACHED PROPERTY, ETC. (Attachment)**